UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY CRAIN,<br><br>            Plaintiff,<br><br>       v.<br><br>STATE OF CALIFORNIA. *et al.*,<br><br>            Defendants. | Case No. 1:24-cv-00468-JLT-CDB<br><br>ORDER GRANTING STIPULATED REQUEST FOR PLAINTIFF TO FILE AN AMENDED COMPLAINT AND TO VACATE SCHEDULING CONFERENCE<br><br>(Doc. 4) |

On April 19, 2024, Defendants Warden Brian Cates, Sergeant Chavez, Officer A. Lwin, and the State of California removed to this Court a lawsuit commenced by Plaintiff Gary Crain ("Plaintiff") in state court. (Doc. 1). On April 25, 2024, the parties filed a stipulation for a 28-day extension of responsive pleading deadline pursuant to Local Rule 144(a). (Doc. 3).

Pending before the Court is the parties' stipulation for Plaintiff to file an amended complaint and to vacate the scheduling conference. (Doc. 4). The parties represent that after meeting and conferring in anticipation of Defendants' motion to dismiss, Plaintiff intends to address and correct potential pleading deficiencies in his complaint. *Id*. at 2.

In light of the parties' representations and good cause appearing, IT IS HEREBY ORDERED:

1. Plaintiff's first amended complaint shall be filed on or before June 22, 2024;

1

2. Defendants' response to the first amended complaint shall be filed within 30 days after the filing of Plaintiff's first amended complaint; and

3. The scheduling conference set for July 16, 2024, is hereby vacated and reset to August 6, 2024, at 9:30 a.m. before the Undersigned.  The parties shall file a joint scheduling report at least one week before the conference.  *See* (Doc. 2).

IT IS SO ORDERED.

Dated:   **June 7, 2024**                                   _____
                                                                                       UNITED STATES MAGISTRATE JUDGE